**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Rosa Arias                   **BK NO. 18-01055 RNO**

Debtor(s)

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2006-31CB, Mortgage Pass-Through Certificates, Series 2006-31CB and index same on the master mailing list.

                                                Respectfully submitted,

                                    /s/ *Rebecca A. Solarz*
                                    Rebecca Solarz
                                    30 Oct 2020, 15:42:46, EDT

                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322