# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**ROSA ARIAS**  
* Debtor(s)

Case Number: **5-18-01055**  
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: August 6, 2021

SIGNED: Lisa Marchak

TITLE: /s/Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rosa Arias,                                   Chapter          13

**Debtor 1**                                  Case No.         5:18-bk-01055-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 2, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:  August 5, 2021                        By the Court,

                                              Honorable Mark J. Conway
                                              United States Bankruptcy Judge
                                              By: ChristinaKovach, Deputy Clerk

orcnfpln(05/18)

Ability Recovery Svcs. LLC
P.O Box 4031
Wyoming, PA 18644

Accu Reference Medical Lab
1901 E. Linden Ave., Ste A
Linden, NJ 07036-1114

Bayview Loan Servicing, LLC
4425 Ponce De Leon
5th Floor
Coral Gables, FL 33146-1873

Cedar Emergency Physicians
57 W. Juniper St.
Hazleton, PA 18201-6410

Capital One
PO. Box 30285
Salt Lake City, UT 84130

JPMorgan Chase Bank, N.A
Bankruptcy Mail intake Team
700 Kansas Lane, Fl 01
Monroe, LA 7203-4774

Collection Service Center, Inc.
363 Vanadium Road
Ste 109
Pittsburgh, PA 15243-1477

Creditech
PO Box 99
Bangor, PA 18013-0099

Eastern Revenue, Inc.
998 Old Eagle School Rd.
Ste 1204
Wayne, PA 19087-1805

Foundation Radiology Group
Three Gateway Ctr., 20th Fl
401 Liberty Ave., Ste 2000
Pittsburgh, PA 15222-1029

Greater Hazleton Joint Sewer Authority
500 Oscar Thomas Drive
PO Box 651
Hazleton, PA 18201-0651

Greater Hazleton Joint Sewer Authority
c/o Ustynoski & Marusak, LLC
101 West Broad St., Ste 205
Hazleton, PA 18201-0651

Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Rd., Ste 130
Mount Laurel, NJ 08054-1218

Mario J. Hanyon
Phelan Hallinan & Schmieg
1617 JFK Blvd.
Ste. 1400
Philadelphia, PA 19103-1814

Hazleton City Authority
400 E. Arthur Gardner Pkwy.
Hazleton, PA 18210-7395

Lehigh Valley Health Network
700 East Broad St.
Hazleton, PA 18201-6835

Lehigh Valley Physician Group
PO Box 1754
Allentown, PA 1810-1754

Midland Funding, LLC
Midland Credit Management, Inc
PO Box 2011
Warren, MI 48090-2011

Nuremberg Community EMS
3788 Hazel St
Nuremberg, PA 18241

PA Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Peter O
305 South Church St.
Ste 175
Hazleton, PA 18201-7605

James Allen Prostko
Phelan Hallinan, LLP
Omni William Penn Office Tower
555 Grant St., Ste 360
Pittsburgh, PA 15219-4411

Christopher B Slusser
The Slusser Law Firm
1620 Church St., Ste 1
Hazleton, PA 18202-9509

Rebecca Ann Solarz
KML Law Group, PC
701 Market St., Ste 5000
Philadelphia, PA 19106-1541

Thomas Song
3637 Sentara Way
Virginia Beach, VA 23452-4262

Janet M. Spears
Aldridge Pite, LLP
4375 Jutland Dr.
San Diego, CA 92117-4262

The Bank of new York Mellon
c/o Bayview Loan Servicing, LLC
4425 Ponce De Leon
5th Floor
Coral Gables, FL 33146-1837

The Bank of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

United States Trustee
228 Walnut St., Ste. 1190
Harrisburg, PA 17101-1722

West Hazleton Borough
Slusser Law Firm
1620 Church St., Ste 1
Hazleton, PA 18202-9509

West Hazleton Borough
100 S. Fourth St.
West Hazleton, PA 18202-3835

West Hazleton Garbage Disposal Bill
123 E. Broad St.
West hazleton ,PA 18202-3811

Jack N. Zaharopoulos
Attn: Ch. 13 Trustee
8125 Adams Dr., Ste A
Hummelstown, PA 17036-8625