Certificate Number: 15317-PAM-DE-037298094

Bankruptcy Case Number: 18-01055



15317-PAM-DE-037298094

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 27, 2023, at 6:50 o'clock PM PDT, Rosa Arias completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 27, 2023

By: /s/Faye Rivera

Name: Faye Rivera

Title: Counselor

Case 5:18-bk-01055-MJC   Doc 80   Filed 03/28/23   Entered 03/28/23 00:11:13   Desc
Main Document    Page 1 of 1