IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| ROSA ARIAS | ) | CASE NO.: 5:18-bk-01055-MJC |
| | ) | CHAPTER 13 |
| DEBTOR | ) | JUDGE MARK J. CONWAY |
| | ) | |
| THE BANK OF NEW YORK MELLON FKA | ) | |
| THE BANK OF NEW YORK, AS TRUSTEE | ) | |
| FOR THE CERTIFICATEHOLDERS OF | ) | |
| CWALT, INC., ALTERNATIVE LOAN TRUST | ) | |
| 2006-31CB, MORTGAGE PASS-THROUGH | ) | |
| CERTIFICATES, SERIES 2006-31CB | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| ROSA ARIAS, DEBTOR AND | ) | |
| JACK N ZAHAROPOULOS, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-31cb, Mortgage Pass-Through Certificates, Series 2006-31CB and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 9th day of August 2023

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 9th day of August 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 5:18-bk-01055-MJC)

*DEBTOR*
ROSA ARIAS
508 WINTERS AVE.
WEST HAZLETON, PA 18202

*ATTORNEYS FOR DEBTOR*
TULLIO DELUCA
381 N. 9TH AVENUE
SCRANTON, PA 18504
TULLIO.DELUCA@VERIZON.NET

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV