IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| ROSA ARIAS ) | CASE NO.: 5:18-bk-01055-MJC |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE MARK J. CONWAY |
| ) | |
| THE BANK OF NEW YORK MELLON FKA ) | |
| THE BANK OF NEW YORK, AS TRUSTEE ) | |
| FOR THE CERTIFICATEHOLDERS OF ) | |
| CWALT, INC., ALTERNATIVE LOAN TRUST ) | |
| 2006-31CB, MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2006-31CB ) | |
| ) | |
| MOVANT ) | |
| ) | |
| ROSA ARIAS, DEBTOR AND ) | |
| JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF NO OBJECTION

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee on the Application for Payment of Administrative Expenses.

Respectfully Submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| ROSA ARIAS ) | CASE NO.: 5:18-bk-01055-MJC |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE MARK J. CONWAY |
| ) | |
| THE BANK OF NEW YORK MELLON FKA ) | |
| THE BANK OF NEW YORK, AS TRUSTEE ) | |
| FOR THE CERTIFICATEHOLDERS OF ) | |
| CWALT, INC., ALTERNATIVE LOAN TRUST ) | |
| 2006-31CB, MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2006-31CB ) | |
| ) | |
| MOVANT ) | |
| ) | |
| ROSA ARIAS, DEBTOR AND ) | |
| JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on September 6, 2023, by first class mail, and/or electronic means upon those listed below:

*DEBTOR*
ROSA ARIAS
508 WINTERS AVE.
WEST HAZLETON, PA 18202

*ATTORNEYS FOR DEBTOR*
TULLIO DELUCA
381 N. 9TH AVENUE
SCRANTON, PA 18504
TULLIO.DELUCA@VERIZON.NET

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

                                    Respectfully submitted,

                                    /s/ Joshua I. Goldman
                                    JOSHUA I. GOLDMAN, ESQ.
                                    Pennsylvania Bar # 205047
                                    PADGETT LAW GROUP
                                    6267 Old Water Oak Road, Suite 203
                                    Tallahassee, FL 32312
                                    (850) 422-2520 (telephone)
                                    (850) 422-2567 (facsimile)
                                    josh.goldman@padgettlawgroup.com
                                    *Counsel for Movant*