# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 11/8/2023
Case: 5:18–bk–01055–MJC  Form ID: 3180W  Total: 41

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Brian C Nicholas | bnicholas@kmllawgroup.com |
| aty | Christopher B Slusser | chriss@slusserlawfirm.com |
| aty | James Allen Prostko | pamb@fedphe.com |
| aty | Janet M. Spears | bkecfinbox@aldridgepite.com |
| aty | Joshua I Goldman | josh.goldman@padgettlawgroup.com |
| aty | Mario J. Hanyon | wbecf@brockandscott.com |
| aty | Mario John Hanyon | pamb@fedphe.com |
| aty | Thomas Song | tomysong0@gmail.com |
| aty | Tullio DeLuca | tullio.deluca@verizon.net |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Rosa Arias | 508 Winters Ave.    West Hazleton, PA 18202 |
| cr | West Hazleton Borough | Slusser Law Firm    1620 North Church Street    Suite 1    Hazleton, PA 18202 UNITED STATES |
| cr | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006–31CB, MORTGAGE PASS–THROUGH CERTIFICATES, SERIES 2006–31CB c&#09    P.O. Box 10826    Greenville, SC 29603–0826 | |
| 5035166 | Ability Recovery Svcs. LLC    P.O. Box 4031    Wyoming, PA 18644 | |
| 5035167 | Accu Reference Medical Lab    1901 E. Linden Ave., Ste. A    Linden, NJ 07036 | |
| 5035168 | Bayview Loan Servicing, LLC    4425 Ponce De Leon Blvd 5th Floor    Coral Gables, FL 33146 | |
| 5043392 | Bayview Loan Servicing, LLC    4425 Ponce De Leon Blvd 5th Floor    Coral Gables, FL 33146 | |
| 5035170 | CEDAR EMERGENCY PHYSICIANS    57 W. JUNIPER STREET    HAZLETON, PA 18201 | |
| 5035169 | Capital One    PO Box 30285    Salt Lake City, UT 84130 | |
| 5035171 | Chase    PO Box 15298    Wilmington DE 19850 | |
| 5035172 | Collection Service Center    250 Mt. Lebanon Blvd., Suite 420    Pittsburgh, PA 15122 | |
| 5035173 | Creditech    P.O. Box 99    Bangor, PA 18013 | |
| 5035174 | Eastern Revenue, Inc.    998 Old Eagle School Rd., Ste. 1204    Wayne, PA 19087 | |
| 5035175 | Foundation Radiology Group    Three Gateway Ctr., 20th Fl    401 Liberty Ave., Ste. 2000    Pittsburgh, PA 15222 | |
| 5035176 | Greater Hazleton Joint Sewer Authority    500 Oscar Thomas Drive    P.O. Box 651    Hazleton, PA 18201 | |
| 5137580 | Greater Hazleton Joint Sewer Authority    c/o Ustynoski & Marusak LLC    Joseph D Ustynoski Esquire Solicitor    101 West Broad Street Suite 205    Hazleton PA 18201 | |
| 5035177 | Hazleton City Authority    400 E. Arthur Gardner Pkwy.    Hazleton, PA 182010–7395 | |
| 5035178 | Law offices of Tullio DeLuca    381 N. 9th Avenue    Scranton, PA 18504 | |
| 5035179 | Lehigh Valley Health Network    700 East Broad St.    Hazleton, PA 182010 | |
| 5035180 | Lehigh Valley Physician Group    P.O. Box 1754    Allentown, PA 18105–1754 | |
| 5059200 | Midland Funding, LLC    Midland Credit Management, Inc. as agent    Midland Funding, LLC    PO Box 2011    Warren, MI 48090 | |
| 5035181 | Nuremberg Community EMS    3788 Hazel St.    Nuremberg, PA 18241 | |
| 5045409 | Peter O    305 South Church Street    Suite 175    Hazleton, PA 18201 | |
| 5035182 | Rosa Arias    508 Winters Ave.    West Hazleton, PA 18202 | |
| 5065447 | THE BANK OF NEW YORK MELLON    c/o Bayview Loan Servicing, LLC    4425 Ponce De Leon Blvd., 5th Floor    Coral Gables, FL 33146 | |
| 5301879 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO    P.O. Box 10826    Greenville, SC 29603–0826 | |
| 5301880 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO    P.O. Box 10826    Greenville, SC 29603–0826    THE BANK OF NEW YORK MELLON FKA THE BANK    P.O. Box 10826    Greenville, SC 29603–0826 | |
| 5559317 | The Bank of New York Mellon fka The Bank of New Yo    c/o Padgett Law Group    6267 Old Water Oak Road, Suite 2 | |
| 5035183 | West Hazleton Borough    100 S. Fourth St.    West Hazleton, PA 18202 | |
| 5035184 | West Hazleton Garbage Disposal Bill    123 E. Broad St.    West Hazleton, PA 18202 | |

TOTAL: 30